1 AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
2 BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(E-Mail: Brianna_Mircheff@fd.org)
3 Deputy Federal Public Defender
321 East 2nd Street
4 Los Angeles, California 90012-4202
Telephone: (213) 894-4784
5 Facsimile: (213) 894-0081

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MELVIN WATSON,<br><br>Defendant. | Case No. 88-866-CBM<br><br>**ORDER GRANTING COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)**<br>**[72,72,73]** |

The Court has considered the motion filed by Defendant Paul Watson, and finds that he satisfies the requirements for compassionate release under 18 U.S.C. § 3582(c)(1). The Court hereby reduces Mr. Watson's term of imprisonment to the time he has already served.

It is further ordered that Mr. Watson shall be released from the custody of the Federal Bureau of Prisons as soon as his transportation can be arranged under 18 U.S.C. § 3624. Mr. Watson shall reside with his brother, Harold McNeil, in 29 Palms, California, unless otherwise directed by United States Probation Office.

//

1

It is further ordered that, upon release, Mr. Watson shall begin serving the five year term of supervised release on the conditions previously imposed.

DATED: MARCH 24, 2020          By _____
                                    HON. CONSUELO B. MARSHALL
                                    United States District Judge

                                    CC: BOP, PTS, USPO

Presented by:

   /s/ *Brianna Fuller Mircheff*
Deputy Federal Public Defender